**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. H-06-2972** |
| | § | |
| | § | |
| **BNM ENTERPRISES GROUP, INC. d/b/a MAYFOOD PRODUCE WHOLESALE,** | § | |
| | § | |
| **Defendant.** | § | **JURY TRIAL** |

**CONSENT DECREE**

The Equal Employment Opportunity Commission ("Commission" or "EEOC") alleges that Defendant is legally responsible for unlawful sex discrimination which occurred at Defendant's facility located at 1808 Bastrop, Houston, Texas 77003. The Commission alleges that Defendant discriminated against Xiomara Lopez because of her pregnancy by unlawfully discharging her, in violation of Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), and Title I of the Civil Rights Act of 1991. Defendant has denied the allegations.

The parties stipulate to the jurisdiction of the Court and waive a hearing and the entry of findings of fact and conclusions of law.

It is therefore ORDERED that:

1. This Consent Decree is entered in full and complete settlement of any and all claims arising out of or contained in this lawsuit, Civil Action No. H-06-2972, and in EEOC Charge No. 330-2005-06134.

2. Defendant agrees that it will not engage in any employment practice which violates Title VII by unlawfully discriminating against any individual because of such

individual's sex.

3. Defendant agrees that it will not retaliate against any individual who opposes any practice made an unlawful employment practice by Title VII, or against any individual who has provided testimony or evidence related to this lawsuit or to the Charge of Discrimination upon which this lawsuit was based.

4. Within ten (10) days after a final settlement, a non-discrimination notice will be posted at Defendant's facility located at 1808 Bastrop, Houston, Texas 77003, for a period of eighteen (18) months after the entry of this Consent Decree. A copy of this notice is attached hereto as Exhibit "A." The notice will be posted in a location, to be agreed upon by the parties, which is conspicuous and accessible to all employees.

5. Within seventy-five (75) days after the Court's entry of this Consent Decree, all Defendant's managers shall receive training on employment discrimination laws. The training shall include instruction on the investigation of employee complaints of any type of unlawful discrimination, including sex discrimination, and shall include instruction that pregnant women cannot be treated differently -- because of their pregnancy -- than non-pregnant employees and applicants in recruitment, hiring, job assignments, training, terminations, and other terms and conditions of employment. Prior to such training session, the Houston District Office of the EEOC shall receive a copy of the training presentation outline. Within ten (10) days after the completion of the training, the EEOC shall be provided with a sworn statement attesting to the date on which the training was completed, verification of attendance, and verification that all topics in the training presentation outline were covered; also, the EEOC will be provided with copies of forms -- signed by all managers at the conclusion of the training -- acknowledging the managers' responsibility to protect employees from discrimination.

6. Defendant agrees to pay ELEVEN THOUSAND DOLLARS ($11,000.00) to Xiomara Lopez. Within five (5) calendar days from the date of entry of this Decree, Defendant shall send the payment check to Ms. Lopez, whose mailing address the Commission will provide to Defendant. Defendant also shall mail a copy of the payment check to the Commission at the following address: Equal Employment Opportunity Commission, attn: Timothy M. Bowne, 1919 Smith Street, 7th Floor, Houston, Texas 77002.

7. Defendant shall provide the dates of employment of Xiomara Lopez without any reference to her performance if a potential employer of Xiomara Lopez makes an inquiry into her employment with Defendant.

8. This Decree shall remain in effect for thirty (30) months from the date of signing. During those months, the Court shall retain jurisdiction to assure compliance with this Decree and to permit entry of such further orders or modifications as may be necessary or appropriate.

9. The parties shall bear their own costs and attorney's fees.

Signed on this 31st day of July, 2007.

Nancy F. Atlas

NANCY F. ATLAS
United States District Judge

## NOTICE
## PURSUANT TO TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, and THE CIVIL RIGHTS ACT OF 1991

1. Federal law requires that there be no discrimination against any employee or applicant for employment because of the employee's sex or pregnancy with respect to compensation, hiring, promotions, or other terms, conditions or privileges of employment.

2. BNM Enterprises supports and will comply with such Federal law in all respects and will not retaliate against employees who have exercised their rights under the law by filing charges with the Equal Employment Opportunity Commission (EEOC), providing information to the EEOC, and/or receiving a settlement of such charges.

3. Any applicant or employee who wishes to complain of illegal discrimination is advised to report such complaint to his or her immediate supervisor, or to Liem Tran. Also, employees who believe they have been subjected to illegal employment discrimination are encouraged to contact the Equal Employment Opportunity Commission ("EEOC") at 1919 Smith Street, Houston, TX 77002, (713) 209-3372.

SIGNED this _____ day of _________________, 2007.

_____________________________
Liem Tran

This NOTICE shall be posted for eighteen (18) months from date of signing.

**Exhibit "A"**